# United States District Court
# Central District of California

| | |
|---|---|
| ANNA ANDREWS, individually and on behalf of all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL MOTORS LLC,<br><br>　　　　　Defendant. | Case No. 5:14-cv-01239-ODW(AJWx)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF SUBJECT-MATTER JURISDICTION** |

　　　　On June 18, 2014, Plaintiff Anna Andrews filed this putative class-action lawsuit against Defendant General Motors LLC, ostensibly invoking jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). CAFA jurisdiction only applies when, among other things, "any member of a class of plaintiffs is a citizen of a State different from any defendant." *Id.* § 1332(d)(2)(A). Andrews alleges that General Motors is incorporated in Delaware and has its principal place of business in Detroit, Michigan. (Compl. ¶ 32.)

　　　　But this allegation misstates the citizenship rules for limited-liability companies. LLCs are citizens of all states in which their members are citizens—not where they are organized and have their principal place of business. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The Court

1  therefore cannot adequately determine whether it has subject-matter jurisdiction over
2  this action until it knows the citizenship of General Motors' members.
3        The Court therefore **ORDERS** Andrews to **SHOW CAUSE** in writing by
4  Tuesday, July 8, 2014, why the Court should not dismiss her action for lack of
5  subject-matter jurisdiction.  No hearing will be held; Andrews shall respond in
6  writing.  Failure to timely respond will result in dismissal for lack of prosecution.
7        **IT IS SO ORDERED.**

9  June 24, 2014

11      _____
12           **OTIS D. WRIGHT, II**
       **UNITED STATES DISTRICT JUDGE**